| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR-N-01-105-HDM (VPC) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Melvin Aaron Bishop<br>Rapid City, South Dakota | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Howard D. McKibben | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/8/05 — TO 4/7/08 |

**OFFENSE**

Criminal Conspiracy, Entry of Goods by Means of False Statements, and Unlawful Importation of Firearms

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>NEVADA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>DISTRICT OF SOUTH DAKOTA</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/9/05
*Date*

Howard D. McKibben
*Sr. United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>SOUTH DAKOTA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/20/05
*Effective Date*

Karen E. Schreier
*United States District Judge*